AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| CAPELLA PHOTONICS, INC.<br><br>*Plaintiff(s)*<br>v.<br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>*Defendant(s)* | Civil Action No. 2:20cv77-JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TELLABS INC.
c/o NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles Everingham IV
Ward, Smith & Hill, PLLC
PO Box 1231
Longview, Texas 75606
(903) 757-6400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **3/23/20**

*CLERK OF COURT*

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv77-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:20-CV-00077-JRG

Plaintiff:
**Capella Photonics, Inc.**
vs.
Defendant:
**Infinera Corporation, et al.**

For: Ward, Smith & Hill, PLLC

Received by ATX Process, LLC on the 23rd day of March, 2020 at 12:04 pm to be served on **Tellabs Inc. c/o National Registered Agents, Inc., 1209 Orange St., Wilmington, New Castle County, DE 19801.** I, DENORRIS BRITT, being duly sworn, depose and say that on the __24__ day of __MARCH__, 20__20__ at __1:45__ pm., executed service by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Complaint for Patent Infringement, Civil Cover Sheet, and Exhibits A and B** in accordance with state statutes in the manner marked below:

XX **CORPORATE SERVICE**: By serving __AMY MCLAREN__ (individual accepting) as __MANAGING AGENT__ (title), at __1209 ORANGE ST.__ (street), __WILMINGTON__ (city), __DE__ (state) __19801__ (zip code) __NEW CASTLE__ (county).

( ) **PUBLIC AGENCY**: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **SUBSTITUTE SERVICE**: By serving _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **GOVERNMENT AGENCY**: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **NON SERVICE**: For the reason detailed in the comments below.

**COMMENTS**: _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the __24__ day of __MARCH 2020__, by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

_____
DENORRIS BRITT
PROCESS SERVER # 1958
Appointed in accordance with State Statutes

ATX Process, LLC
704 W. 9th Street
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2020003314

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n