AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| CAPELLA PHOTONICS, INC. *Plaintiff(s)* <br><br> v. <br><br> INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC., *Defendant(s)* | Civil Action No. 2:20cv77-JRG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CORIANT (USA) INC.
c/o NATIONAL REGISTERED AGENTS, INC.
1999 BRYAN ST STE 900
DALLAS, TX 75201-3140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles Everingham IV
Ward, Smith & Hill, PLLC
PO Box 1231
Longview, Texas 75606
(903) 757-6400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: **3/23/20**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:20cv77-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:20-CV-00077-JRG

Plaintiff:
**Capella Photonics, Inc.**
vs.
Defendant:
**Infinera Corporation, et al.**

For: Ward, Smith & Hill, PLLC

Received by ATX Process, LLC on the 23rd day of March, 2020 at 12:04 pm to be served on **Coriant (USA) Inc. c/o National Registered Agents, Inc., 1999 Bryan St., Suite 900, Dallas, Dallas County, TX 75201**, I, _Caleb Malone_, being duly sworn, depose and say that on the _24_ day of _March_, 20_20_ at _1:05_ P.m., executed service by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Complaint for Patent Infringement, Civil Cover Sheet, and Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Terri Thongsavat_ (individual accepting) as _Intake Specialist_ (title), at _1999 Bryan St, Suite 900_ (street), _Dallas_ (city), _Texas_ (state) _75201_ (zip code) _Dallas_ (county).

( ) PUBLIC AGENCY: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By serving _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _24_ day of _March_ _2020_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2024
Notary ID 129009133

PROCESS SERVER # PSC1574 CXP 10/31/24
Appointed in accordance with State Statutes

ATX Process, LLC
704 W. 9th Street
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2020003311

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n