## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>                     Plaintiff,<br>     v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>                     Defendants. | Case No. 2:20cv77-JRG |

### JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff, Capella Photonics, Inc. and Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc. file this Joint Motion to respectfully submit the attached proposed Docket Control Order for the Court's signature. The Parties have met and conferred, and the deadlines contained in the proposed Docket Control Order are not disputed.

Dated:  June 8, 2020.

By: */s/ Charles Everingham IV*
Charles Everingham IV (TX SBN 00787447)
Email:  ce@wsfirm.com
T. John Ward (TX SBN 20848000)
Email:  tjw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
Email:  claire@wsfirm.com
Andrea Fair (TX SBN 24078488)
Email:  andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, TX 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Robert D. Becker (Cal. Bar 160648)
*rbecker@manatt.com*
Christopher L. Wanger (Cal. Bar 164751)
*cwanger@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
1 Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff,
CAPELLA PHOTONICS, INC.


By: */s/ Kurt Pankratz w/permission Charles Everingham IV*
Kurt Pankratz (TX SBN 24013291)
Email:  kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel.: (214) 953-6584
Fax: (214) 661-4584

Attorneys for Defendants, INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service on this 8th day of June, 2020.

*/s/ Charles Everingham IV*
Charles Everingham IV