## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC., <br><br> Defendants. | Case No. 2:20-cv-77-JRG |

## JOINT MOTION FOR LEAVE TO DEPOSE EXPERT WITNESS AFTER THE EXPERT DISCOVERY DEADLINE

Plaintiff Capella Photonics, Inc., and Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc. (collectively, the "Parties") file this Joint Motion for Leave seeking permission to take the deposition of Christopher Bakewell after the expert discovery deadline.

The current deadline is April 19, 2021. Because of scheduling conflicts with Mr. Bakewell's current deposition and trial schedule in other matters, the Parties have been unable to take the deposition of Mr. Bakewell before this date. The Parties ask for a one day extension, until and including April 20, 2021 to depose Mr. Bakewell.

This motion is not sought for purposes of delay, but so that the Parties can complete expert depositions despite scheduling conflicts that prevented this deposition in advance of the expert discovery deadline.

Dated: April 15, 2021                 By:    /s/ *Andrea L. Fair*
                                             Charles Everingham IV
                                             TX SBN 00787447
                                             Email: *ce@wsfirm.com*
                                             T. John Ward

TX SBN 20848000
Email: *tjw@wsfirm.com*
Claire Abernathy Henry
TX SBN 24053063
Email: *claire@wsfirm.com*
Andrea Fair
TX SBN 24078488
Email: *andrea@wsfirm.com*
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Robert D. Becker (Cal. Bar 160648)
Email: *rbecker@manatt.com*
Christopher L. Wanger (Cal. Bar 164751)
Email: *cwanger@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
1 Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

**Attorneys for Plaintiff, CAPELLA PHOTONICS, INC.**


By: */s/ Kurt Pankratz with permission by Andrea L. Fair*
Kurt Pankratz (TX SBN 24013291)
Email:  kurt.pankratz@bakerbotts.com
Melissa Muenks (TX SBN 24097442)
Email: melissa.muenks@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel.: (214) 953-6584
Fax: (214) 661-4584

Sarah J. Guske (CA SBN 232467)
Email: sarah.guske@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, TX 94111-5843
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

John Fredrick Gaustad (CA SBN 279893)

*Pro Hac Vice*
Email: john.gaustad@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94301
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Lauren J. Dreyer (DC 1007189)
*Pro Hac Vice*
Email: lauren.dreyer@bakerbotts.com
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

**Attorneys for Defendants, INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 15th day of April 2021.

/s/ *Andrea L. Fair*
Andrea L. Fair