### Appendix A: Findings by the PTAB that Certain Prior Art References Taught Certain Claim Limitations

| **Claim/Limitation(s)** | **References Teaching These Limitations** |
|---|---|
| 1. An optical add-drop apparatus comprising<br><br>an input port for an input multi-wavelength optical signal having first spectral channels;<br><br>one or more other ports for second spectral channels; | **Bouevitch Patent**<br>• IPR2014-01166 (Ex. 2 at 22–23); *see also* Ex. 14 at 23–25.<br>• IPR2015-00726 (Ex. 3 at 15–16 & 23–24); *see also* Ex. 15 at 31–34 & 51–53.<br>• IPR2015-00731 (Ex. 4 at 19–20); *see also* Ex. 16 at 25–27. |
| a wavelength-selective device for spatially separating said spectral channels | **Bouevitch Patent**<br>• IPR2014-01166 (Ex. 2 at 23); *see also* Ex. 14 at 25–26.<br>• IPR2015-00726 (Ex. 3 at 16 & 23–24); *see also* Ex. 15 at 34 & 53.<br>• IPR2015-00731 (Ex. 4 at 20); *see also* Ex. 16 at 27. |
| a spatial array of beam-deflecting elements positioned such that each element receives a corresponding one of said spectral channels, | **Bouevitch Patent**<br>• IPR2014-01166 (Ex. 2 at 23); *see also* Ex. 14 at 26–27.<br>• IPR2015-00726 (Ex. 3 at 16 & 23–24); *see also* Ex. 15 at 34 & 53–54.<br>• IPR2015-00731 (Ex. 4 at 20); *see also* Ex. 16 at 28.<br>**Carr Patent**<br>• IPR2015-00726 (Ex. 3 at 16); *see also* Ex. 15 at 34–36. |
| each of said elements being individually and continuously controllable in two dimensions to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel | **Bouevitch Patent**<br>• IPR2014-01166 (Ex. 2 at 23–28) ("each of said elements being individually and continuously controllable . . . to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said port"); *see also* Ex. 14 at 27–29.<br>• IPR2015-00726 (Ex. 3 at 16 & 23–24) ("each of said elements being individually . . . controllable . . . "); *see also* Ex. 15 at 34); Ex. 3 at 34–36 & 53–54. |

| **Claim/Limitation(s)** | **References Teaching These Limitations** |
|---|---|
| reflected to said selected port. | • IPR2015-00731 (Ex. 4 at 20–25) ("each of said elements being individually and continuously controllable . . . to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said selected port"); *see also* Ex. 16 at 27–31.<br><br>**Smith Patent**<br><br>• IPR2014-01166 (Ex. 2 at 23–28) ("each of said elements being . . . controllable . . . in two dimensions to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said selected port"); *see also* Ex. 14 at 27–29 & 31–32.<br><br>**Lin Patent**<br><br>• IPR2014-01166 (Ex. 2 at 23–28) ("each of said elements being . . . continuously controllable . . . "); *see also* Ex. 14 at 29–31.<br><br>• IPR2015-00731 (Ex. 4 at 20–25) ("each of said elements being . . . continuously controllable . . . "); *see also* Ex. 16 at 31–32.<br><br>**Carr Patent**<br><br>• IPR2015-00726 (Ex. 3 at 16–17 ("each of said elements being individually and continuously controllable in two dimensions to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said selected port"); *see also* Ex. 15 at 34–36.<br><br>**Sparks Patent**<br><br>• IPR2015-00726 (Ex. 3 at 23–24) ("each of said elements being individually and continuously controllable in two dimensions to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said selected port"); *see also* Ex. 15 at 53–54.<br><br>• IPR2015-00731 (Ex. 4 at 20–25) ("each of said elements being individually and continuously controllable in two dimensions to reflect its corresponding spectral channel to a selected one of said ports and to control the power of the spectral channel reflected to said selected port"); *see also* Ex. 16 at 27–31 & 33–34. |

| **Claim/Limitation(s)** | **References Teaching These Limitations** |
|---|---|
| 2. The optical add-drop apparatus of claim 1 further comprising a control unit for controlling each of said beam-deflecting elements. | **Smith Patent**<br>• IPR2014-01166 (Ex. 2 at 35); *see also* Ex. 14 at 35–37).<br>**Carr Patent**<br>• IPR2015-00726 (Ex. 3 at 23; *see also* Ex. 15 at 36).<br>**Sparks Patent**<br>• IPR2015-00726 (Ex. 3 at 25–26; *see also* Ex. 15 at 54).<br>• IPR2015-00731 (Ex. 4 at 32–33; *see also* Ex. 16 at 36–38). |