# EXHIBIT 5

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT WITHOUT OPINION

### JUDGMENT ENTERED: 02/12/2018

    The judgment of the court in your case was entered today pursuant to Rule 36. This Court affirmed the judgment or decision that was appealed. None of the relief sought in the appeal was granted. No opinion accompanied the judgment. The mandate will be issued in due course.

    Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

    Costs are taxed against the appellant in favor of the appellee under Rule 39. The party entitled to costs is provided a bill of costs form and an instruction sheet with this notice.

    The parties are encouraged to stipulate to the costs. A bill of costs will be presumed correct in the absence of a timely filed objection.

    Costs are payable to the party awarded costs. If costs are awarded to the government, they should be paid to the Treasurer of the United States. Where costs are awarded against the government, payment should be made to the person(s) designated under the governing statutes, the court's orders, and the parties' written settlement agreements. In cases between private parties, payment should be made to counsel for the party awarded costs or, if the party is not represented by counsel, to the party pro se. Payment of costs should not be sent to the court. Costs should be paid promptly.

    If the court also imposed monetary sanctions, they are payable to the opposing party unless the court's opinion provides otherwise. Sanctions should be paid in the same way as costs.

    Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Nathaniel T. Browand
Chi Cheung
Michael Steven Cuviello
Tyler Dutton
Jason Daniel Eisenberg
Christopher James Gaspar
Sarah J. Guske
Kenneth Liebman
Matthew J. Moore
Clement J. Naples
Thomas Kent Pratt
Joel Sayres

Capella_Infinera_000077380

Mark C. Scarsi
Wayne O. Stacy
Robert Steinberg
Robert Greene Sterne
Deirdre M. Wells
Jonathan Pieter van Es

16-2394, -2395, 17-1105, -1106, -1107, -1108: Capella Photonics, Inc. v. Cisco Systems, Inc.
United States Patent and Trademark Office, Case No. IPR2014-01166, IPR2014-01276, IPR2015-00726, IPR2015-00727, IPR2015-00731, IPR2015-00739, IPR2015-01958, IPR2015-01961, IPR2015-01969, IPR2015-01971, IPR2015-00816, IPR2015-00894

Capella_Infinera_000077381