# EXHIBIT 6

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2394, 16-2395, 17-1105, 17-1106, 17-1107, 17-1108

**CAPELLA PHOTONICS, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC., CIENA CORPORATION, CORIANT OPERATIONS, INC., CORIANT (USA) INC., FUJITSU NETWORK COMMUNICATIONS, INC., LUMENTUM HOLDINGS, INC., LUMENTUM INC., LUMENTUM OPERATIONS, LLC,**
*Appellees*

Appeals from the United States Patent and Trademark Office in nos. IPR2014-01166, IPR2014-01276, IPR2015-00726, IPR2015-00727, IPR2015-00731, IPR2015-00739, IPR2015-01958, IPR2015-01961, IPR2015-01969, IPR2015-01971, IPR2015-00816, IPR2015-00894 Administrative Patent Judge Kalyan K. Deshpande, Administrative Patent Judge Josiah C. Cocks, Administrative Patent Judge James A. Tartal

## MANDATE

In accordance with the judgment of this Court, entered February 12, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

Capella_Infinera_000077379