# EXHIBIT 7

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPELLA PHOTONICS, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC., CIENA CORPORATION, CORIANT OPERATIONS, INC., CORIANT (USA) INC., FUJITSU NETWORK COMMUNICATIONS, INC., LUMENTUM HOLDINGS, INC., LUMENTUM INC., LUMENTUM OPERATIONS, LLC,**
*Appellees*

---

2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01166, IPR2014-01276, IPR2015-00726, IPR2015-00727, IPR2015-00731, IPR2015-00739, IPR2015-00816, IPR2015-00894, IPR2015-01958, IPR2015-01961, IPR2015-01969, IPR2015-01971.

---

**ON PETITION FOR PANEL REHEARING**

---

Before DYK, O'MALLEY, and HUGHES, *Circuit Judges.*

2          CAPELLA PHOTONICS, INC. v. CISCO SYSTEMS, INC.

Per Curiam.

# O R D E R

Appellant Capella Photonics, Inc. filed a petition for panel rehearing.

Upon consideration thereof,

It Is Ordered That:

The petition for panel rehearing is denied.

The mandate of the court will issue on April 16, 2018.

                                           For the Court

April 9, 2018                  /s/ Peter R. Marksteiner
    Date                           Peter R. Marksteiner
                                 Clerk of Court