# EXHIBIT 8

# Selected docket entries for case 16−2394

Generated: 11/11/2020 13:24:09

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 07/05/2018 | 89 Supreme Court Miscellaneous Notice | 2 | Notice from the Supreme Court of the United States: The application for an extension of time within which to file a petition for a writ of certiorari in the above−entitled case has been presented to the Chief Justice, who on July 5, 2018, extended the time to and including September 6, 2018. [535298] [SJ] |
| 09/11/2018 | 90 Supreme Court Petition for writ of certiorari filed | 4 | Petition for writ of Certiorari filed on 09/06/2018, and placed on the docket 09/011/2018, in the Supreme Court of the United States. Supreme Court #: 18−314, Capella Photonics, Inc. v. Cisco Systems, Inc., et al. [549267] [JAB] |
| 11/05/2018 | 91 Supreme Court Petition for writ of certiorari disposition | 5 | The petition for writ of certiorari, [18−314], filed on 09/06/2018, was Denied on 11/05/2018. [562732] [JAB] |

Capella_Infinera_000077747

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 5, 2018

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

RECEIVED
JUL -9 2018
United States Court of Appeals
For The Federal Circuit

Re: Capella Photonics, Inc.
v. Cisco Systems, Inc., et al.
Application No. 18A6
(Your No. 2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on July 5, 2018, extended the time to and including September 6, 2018.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clerk
[illegible]
...Appeals for the Federal
... Madison Place, NW
Room 401
Washington, DC 20439

Capella_Infinera_000077749

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 11, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

    Re: Capella Photonics, Inc.
        v. Cisco Systems, Inc., et al.
        No. 18-314
        (Your No. 2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 6, 2018 and placed on the docket September 11, 2018 as No. 18-314.

Sincerely,

**Scott S. Harris**, Clerk

by

Laurie Wood
Deputy Clerk

Capella_Infinera_000077750

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 5, 2018

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: Capella Photonics, Inc.
v. Cisco Systems, Inc., et al.
No. 18-314
(Your No. 2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk