# EXHIBIT 13

13 - DrAlexanderVSergienko_Rough

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF TEXAS

3                   MARSHALL DIVISION

4   CAPELLA PHOTONICS, INC.      )
                                 ) Case No.:
5            Plaintiff,          ) 2:20-cv-00076-JRG
                                 )
6        vs.                     ) Pages 1 to 192
                                 )
7   FUJITSU NETWORK              )
    COMMUNICATIONS, INC.,        )
8                                )
             Defendant.          )
9   _____)
    CAPELLA PHOTONICS, INC.,     )
10                               ) Case No.:
             Plaintiff,          ) 2:20-cv-00077-JRG
11                               )
         vs.                     )
12                               )
    INFINERA CORPORATION, et al., )
13                               )
             Defendants.         )
14  _____)

15

16                  DEPOSITION OF:

17       ALEXANDER VLADIMIR SERGIENKO, Ph.D.

18            THURSDAY, APRIL 15, 2021

19          12:06 p.m. Eastern Standard Time

20

21  REPORTED BY:

22  Vickie Blair

                        Page 1

13 - DrAlexanderVSergienko_Rough

23   CSR No. 8940, RPR-CRR

24   JOB NO. 4542988

25   PAGES 1 - 192

1

♀

1   Deposition of ALEXANDER VLADIMIR SERGIENKO, Ph.D., the

2   witness, taken on behalf of the Plaintiff, on Thursday,

3   April 15, 2021, 12:06 p.m. Eastern Standard Time, before

4   VICKIE BLAIR, CSR No. 8940, RPR-CRR.

5

6   APPEARANCES OF COUNSEL VIA ZOOM:

7

8   FOR CAPELLA PHOTONICS, INC.:

9           MANATT, PHELPS & PHILLIPS, LLP
            BY ROBERT D. BECKER, Partner
10          One Embarcadero Center
            30th Floor
11          San Francisco, California  94111
            415.291.7616
12          rbecker@manatt.com

13          STERNE KESSLER GOLDSTEIN & FOX
            BY JASON D. EISENBERG, Director
14          1100 New York Avenue NW
            Suite 600
15          Washington DC  20005
            +1 202.772.8645
16          jasone@sternekessler.com

17   FOR INFINERA CORPORATION:

18          BAKER BOTTS

```
                          13 - DrAlexanderVSergienko_Rough
                          BY JOHN GAUSTAD, Senior Associate
     19                   1001 Page Mill Road Building One
                          Suite 200
     20                   Palo Alto, California  94304-1007
                          P: +1.650.739.7517
     21                   F: +1.650.739.7616
                          john.gaustad@bakerbotts.com
     22

     23

     24

     25
```

2

♀

```
     1   APPEARANCES OF COUNSEL VIA ZOOM: (Continued)

     2   FOR DEFENDANT FUJITSU NETWORK COMMUNICATIONS:

     3           MILBANK LLP
                 BY NATHANIEL T. BROWAND, Special Counsel
     4           55 Hudson Yards
                 New York, New York  10001-2163
     5           T +1 212.530.5096
                 F +1 212.822.5096
     6           nbrowand@milbank.com

     7   ALSO PRESENT:

     8           BRANDON MILLER, Videographer

     9

     10

     11

     12

     13
```

Page 3

13 - DrAlexanderVSergienko_Rough

14

15

16

17

18

19

20

21

22

23

24

25

3

⚥

08:42:20  1          Remote Deposition; Thursday, April 15, 2021

08:42:20  2              12:06 p.m. Eastern Standard Time

08:42:20  3                      ---o0o---

09:06:06  4

09:06:09  5          VIDEOGRAPHER MILLER:  Good afternoon.

09:06:09  6          We're going on the record at 12:06 p.m.

09:06:12  7  Eastern Standard Time on April 15, 2021.

09:06:18  8          Please note the microphones are very, very

09:06:20  9  sensitive, and may pick up whispering; however, please

13 - DrAlexanderVSergienko_Rough

09:06:24 10    speak slowly with your voices up all the times.  Please

09:06:28 11    silence all cell phones and place away from microphones

09:06:31 12    as they can interfere with deposition audio.

09:06:35 13                 Audio and video recording will continue to

09:06:38 14    take place unless all parties agree to go off the

09:06:38 15    record.

09:06:38 16                 This is media number one of the video

09:06:41 17    recorded deposition of Dr. Alexander Sergienko taken by

09:06:47 18    counsel for defendants in the matter of Capella

09:06:50 19    Photonics, Inc., vs. Fujitsu Network Communications,

09:06:50 20    Inc.  Case number 2:20-cv-00076-JRG.

09:07:04 21                 Second caption taken by counsel for

09:07:06 22    defendants in the matter of Capella Photonics, Inc.,

09:07:11 23    vs. Infinera Corporation Tellabs, Inc., case number

09:07:11 24    2:20-cv-00077-JRG, filed in United States District

09:07:11 25    Court of the Eastern District of Texas, Marshall

4

♀

09:07:11  1    Division.

09:07:11  2                 This deposition is taking place via

09:07:40  3    Veritext Virtual and all participants are attending

09:07:41  4    remotely.

09:07:41  5                 My name is Brandon Miller from the firm

09:07:44  6    Veritext Legal Solutions.  I'm the videographer.

13 - DrAlexanderVSergienko_Rough

09:07:48  7          The court reporter is Vickie Blair from

09:07:49  8  the firm Veritext Legal Solutions.

09:07:51  9          I'm not related to a party in this action

09:07:54 10  nor am I financially interested in the outcome.

09:07:57 11          Counsel and all present in the room and

09:07:58 12  everyone attending remotely will now state their

09:08:01 13  appearances and affiliation for the record, beginning

09:08:03 14  with the noticing attorney, and the witness can be

09:08:05 15  sworn in.

09:08:06 16          Thank you.

09:08:06 17          MR. GAUSTAD:  This is John Gaustad of

09:08:08 18  Baker Botts LLP on behalf of the Infinera defendants.

09:08:11 19          MR. BROWAND:  And this is Nathaniel

09:08:15 20  Browand from Milbank LLP on behalf of defendant Fujitsu

09:08:21 21  Network Communications, Inc.

09:08:31 22          THE REPORTER:  Mr. Eisenberg, you need to

09:08:33 23  unmute.

09:08:34 24          MR. EISENBERG:  This is Jason Eisenberg

09:08:36 25  from Sterne Kessler Goldstein & Fox on behalf of

                                                    5

⚥

09:08:41  1  Capella Photonics, Inc.

09:08:43  2          MR. BECKER:  Sorry, I was on mute.

09:08:45  3          This is Robert Becker from Manatt, Phelps

13 - DrAlexanderVSergienko_Rough

09:08:48  4  & Phillips on behalf of Capella, Inc., and the witness.

09:08:50  5              I also want to lodge an objection.  There

09:08:52  6  was an agreement with Fujitsu's counsel that this

09:08:57  7  deposition would not proceed, and it was surprising for

09:09:00  8  Fujitsu to announce that it was proceeding with the

09:09:02  9  deposition, despite our agreement, and so I object to

09:09:12 10  that.

09:09:12 11              MR. BROWAND:  And I'll -- I'll state on

09:09:18 12  the record that the notice of Dr. Sergienko's

09:09:21 13  deposition was noticed in both the Fujitsu and Infinera

09:09:23 14  cases, and there's only a single report at issue in

09:09:25 15  both cases, and the deposition is properly recorded in

09:09:28 16  both cases, despite the party's agreement regarding

09:09:36 17  other expert depositions in the Capella vs. Fujitsu

09:09:40 18  case.

09:09:50 19              THE REPORTER:  Mr. Gaustad, you need to

09:09:51 20  unmute.

09:09:55 21              MR. GAUSTAD:  Oh, I have no further

09:09:56 22  comment.

09:09:57 23              THE REPORTER:  Shall I swear the witness?

09:10:01 24              MR. GAUSTAD:  Yes, please.

09:10:10 25

                                                              6

13 - DrAlexanderVSergienko_Rough

1        ALEXANDER VLADIMIR SERGIENKO, Ph.D.,

2            having been first duly sworn, was

3            examined and testified as follows:

4

5                        EXAMINATION

6   BY MR. GAUSTAD:

09:10:21  7        Q     Going morning, Dr. Sergienko.

09:10:25  8        A     Good morning.

09:10:25  9        Q     Would you please state your full name for

09:10:26 10   the record.

09:10:26 11        A     Alexander Vladimir Sergienko.

09:10:29 12        Q     And I've put what's been marked as

09:10:32 13   Exhibit 1 to the Shared Exhibit folder.

09:10:35 14            Could you please pull up Exhibit 1.

09:10:37 15        A     Yes, I have it.

09:10:37 16                (Deposition Exhibit # was marked for

09:10:37 17            identification and is attached hereto.)

09:10:38 18   BY MR. GAUSTAD:

09:10:38 19        Q     And do you recognize Exhibit 1?

09:10:39 20        A     Yes, I do.

09:10:40 21        Q     And what is Exhibit 1?

09:10:43 22        A     Exhibit 1, it's defendants notice of

09:10:45 23   deposition of expert Dr. Alexander V Mr. Sergienko.

09:10:50 24        Q     And towards the top of the first page do

Page 8

13 - DrAlexanderVSergienko_Rough

10:01:14 22          MR. BECKER:  Object.  Form.

10:01:15 23          THE WITNESS:  That's what this paragraph

10:01:16 24  states.

25  ///                                    ///
40
⚥

10:01:16  1  BY MR. GAUSTAD:

10:01:17  2      Q    Did the patent office make a mistake when

10:01:18  3  it made this finding?

10:01:20  4          MR. BECKER:  Object.  Form.

10:01:22  5          THE WITNESS:  Again, I cannot claim was it

10:01:24  6  a mistake or not a mistake.  It's beyond my competency

10:01:29  7  to evaluate the actions of the board because it's a

10:01:32  8  legal entity, and I am a technical expert.

10:01:34  9          But all this has been considered, all

10:01:36 10  these materials and all the proceedings, have been

10:01:39 11  considered during the reissue of the patent we're

10:01:42 12  supposed to discuss today, so I consider this -- this

10:01:45 13  is the valid document existent in records, but the

10:01:52 14  patent has been reissued considering those documents.

10:01:56 15  BY MR. GAUSTAD:

10:01:56 16      Q    So you're offering an opinion in this case

10:01:58 17  that contradicts a prior patent office finding on the

10:02:02 18  same issue; correct?

Page 46

13 - DrAlexanderVSergienko_Rough

10:02:03 19      A      I --

10:02:03 20             MR. BECKER:  Object.  Form.

10:02:04 21             THE WITNESS:  I'm offering an opinion

10:02:05 22      about technical matter present in all the documents

10:02:11 23      involved in the discussion in my declaration here my

10:02:21 24      report, so I'm evaluating technical matter.  I'm not

10:02:24 25      evaluating actions of the board or any other entity.
                                                                     41
♀

10:02:27  1      I'm evaluating technical content and the relationship

10:02:30  2      between different technical elements and claims of the

10:02:33  3      patent.

10:02:35  4      BY MR. GAUSTAD:

10:02:36  5             Q      Objection nonresponsive.

10:02:37  6             The opinion that you're offering in this

10:02:39  7      case contradicts the patent office's previous finding

10:02:43  8      on this issue; correct?

10:02:44  9             MR. BECKER:  Object.  Form.

10:02:50 10             THE WITNESS:  I'm offering an opinion

10:02:52 11      about technical matter existent and regarding the valid

10:02:59 12      patent existent on records I've challenged so far and

10:03:05 13      technical matter is my area of expertise.

10:03:07 14             Legal proceedings I cannot express opinion

10:03:13 15      about that that's why I cannot say anything about the

13 - DrAlexanderVSergienko_Rough

10:03:17 16   validity or not validity of the patent board decision.

10:03:20 17           My opinion about the technical matter

10:03:25 18   still stays the same as it was before and I'm happy to

10:03:28 19   explain this.

10:03:32 20   BY MR. GAUSTAD:

10:03:32 21     Q    Objection nonresponsive could the court

10:03:35 22   reporter, please, read back the question.

10:03:52 23           (Record read as follows:

10:02:37 24           "Q   The opinion that you're

10:02:38 25           offering in this case contradicts the

                                                          42

10:02:41 1            patent office's previous finding on this

10:02:43 2            issue; correct?")

10:03:56 3            THE WITNESS:  My opinion is still the same

10:04:03 4    as before, and it is based on the evaluation of the

10:04:07 5    patent existent right now issued patent by the patent

10:04:13 6    office, and during the issue of that patent, all the

10:04:17 7    proceedings we're discussing right now have been

10:04:20 8    considered and evaluated.  They were not an obstacle to

10:04:25 9    reissue the patent, and I'm providing an opinion about

10:04:28 10   the valid patent, I consider them -- this document, is

10:04:32 11   a part of the record, but patent -- the reissue of the

10:04:38 12   patent states that my opinion is not contradictory and

13 - DrAlexanderVSergienko_Rough

10:04:48 13   reissue was after this document.

10:04:50 14   BY MR. GAUSTAD:

10:04:51 15        Q     Is it your opinion that your opinion that

10:04:53 16   you're offering in this case is not contradictory of

10:04:58 17   the patent office's decision on this issue?

10:05:01 18        A     Which decision are you --

10:05:02 19              MR. BECKER:  Object.  Form.

10:05:03 20              THE WITNESS:  Well, I'm talking it's to

10:05:07 21   the contradictory to the legally issued and valid today

10:05:10 22   patent.

10:05:12 23   BY MR. GAUSTAD:

10:05:12 24        Q     How is it not contradictory?

10:05:15 25        A     Because --

                                                          43

10:05:18  1              MR. BECKER:  Object.  Form.

10:05:19  2              THE WITNESS:  The patent has been reissued

10:05:21  3   with evaluation of all the documents we just discussed

10:05:24  4   and quoted from, the patent examination has been done,

10:05:27  5   including all those documents, and the patent was

10:05:30  6   reissued, which means it's valid argument, it's valid

10:05:35  7   technical matter.

10:05:37  8              That's the last decision.  This decision

10:05:39  9   was prior to that.

13 - DrAlexanderVSergienko_Rough

14:53:38  4  Doctor, please.  Is there anything that counsels or the

14:53:40  5  court reporter would like to put on the record only

14:53:42  6  before I close the record?

14:53:46  7          MR. BECKER:  No, thank you.

14:53:47  8          MR. GAUSTAD:  No, thank you.

14:53:48  9          VIDEOGRAPHER MILLER:  Okay, thank you.

14:53:48 10  Standby.  This concludes today's deposition of

14:53:50 11  Dr. Alexander Sergienko.  Total media used was six.

14:53:54 12          Going off the record at 5:53 p.m. Eastern

14:53:57 13  standard time.

14:53:59 14              (Whereupon, at 2:53 p.m., the

         15              deposition of ALEXANDER VLADIMIR

         16              SERGIENKO, Ph.D., was adjourned.)

         17                  ---oOo---

         18

         19

         20

         21

         22

         23

         24

         25

                                                        190