UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>     Defendants. | Case No. 2:20-cv-00077-JRG |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF THE ASSERTED CLAIMS UNDER THE DOCTRINE OF EQUIVALENTS AND (2) NO LITERAL INFRINGEMENT OF CLAIM 29**

BEFORE THE COURT is Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc.'s Motion for Summary Judgment of (1) No Infringement of the Asserted Claims Under the Doctrine of Equivalents and (2) No Literal Infringement of Claim 29.

Having considered the Motion, and good cause appearing, the Motion is hereby **GRANTED.**