# EXHIBIT 10

# Gaustad, John

| | |
|---|---|
| **From:** | Becker, Robert <RBecker@manatt.com> |
| **Sent:** | Monday, April 12, 2021 5:15 PM |
| **To:** | Gaustad, John |
| **Cc:** | Kertell, Charles; Barot, Kishan; Smith, Douglas; Capella Team; Everingham, Chad; Henry, Claire; Fair, Andrea; DL Capella v Infinera; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Re: Capella v. Infinera - Correspondence |

[EXTERNAL EMAIL]

John,

Thank you for your letter dated April 7, 2021.  The priority date for the Capella patent claims is March 19, 2001 as stated in Capella's response to the interrogatory.   It is supported by the provisional application as stated in Capella's response to the interrogatory.

Your interrogatory requested the factual basis for the priority date and the provisional application was identified.  Nothing has changed and nothing was withheld.  You did not serve an interrogatory asking for conception dates.

Dr. Sergienko, in his April 5, 2021 expert report, stated that the inventions were conceived by November 28, 2000 – and that date of conception is supported by the signed and dated pages in the same provisional application that was identified in our response. There is nothing improper with his opinions.  They are entirely consistent with the March 19, 2001 priority date.

Thank you,
Rob

On Apr 7, 2021, at 9:05 PM, Gaustad, John <john.gaustad@bakerbotts.com> wrote:

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

_____
Counsel,

Please see the attached correspondence.

John F. Gaustad
Special Counsel

Baker Botts L.L.P.
john.gaustad@bakerbotts.com<mailto:john.gaustad@bakerbotts.com>
T +1.650.739.7517
F +1.650.739.7617
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
USA

1

Confidentiality Notice:

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

2