# EXHIBIT 14

14 - DrAlexanderVSergienko_Rough

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                    MARSHALL DIVISION

4    CAPELLA PHOTONICS, INC.    )
                                ) Case No.:
5              Plaintiff,       ) 2:20-cv-00076-JRG
                                )
6         vs.                   ) Pages 1 to 192
                                )
7    FUJITSU NETWORK            )
     COMMUNICATIONS, INC.,      )
8                               )
               Defendant.       )
9    _____)
     CAPELLA PHOTONICS, INC.,   )
10                              ) Case No.:
               Plaintiff,       ) 2:20-cv-00077-JRG
11                              )
          vs.                   )
12                              )
     INFINERA CORPORATION, et al., )
13                              )
               Defendants.      )
14   _____)

15

16                    DEPOSITION OF:

17        ALEXANDER VLADIMIR SERGIENKO, Ph.D.

18            THURSDAY, APRIL 15, 2021

19          12:06 p.m. Eastern Standard Time

20

21   REPORTED BY:

22   Vickie Blair

                        Page 1

                    14 - DrAlexanderVSergienko_Rough
23   CSR No. 8940, RPR-CRR

24   JOB NO. 4542988

25   PAGES 1 - 192



                                                            1
⚥

     1   Deposition of ALEXANDER VLADIMIR SERGIENKO, Ph.D., the

     2   witness, taken on behalf of the Plaintiff, on Thursday,

     3   April 15, 2021, 12:06 p.m. Eastern Standard Time, before

     4   VICKIE BLAIR, CSR No. 8940, RPR-CRR.

     5

     6   APPEARANCES OF COUNSEL VIA ZOOM:

     7

     8   FOR CAPELLA PHOTONICS, INC.:

     9           MANATT, PHELPS & PHILLIPS, LLP
                 BY ROBERT D. BECKER, Partner
    10           One Embarcadero Center
                 30th Floor
    11           San Francisco, California  94111
                 415.291.7616
    12           rbecker@manatt.com

    13           STERNE KESSLER GOLDSTEIN & FOX
                 BY JASON D. EISENBERG, Director
    14           1100 New York Avenue NW
                 Suite 600
    15           Washington DC  20005
                 +1 202.772.8645
    16           jasone@sternekessler.com

    17   FOR INFINERA CORPORATION:

    18           BAKER BOTTS
                          Page 2

```
                         14 - DrAlexanderVSergienko_Rough
                         BY JOHN GAUSTAD, Senior Associate
              19         1001 Page Mill Road Building One
                         Suite 200
              20         Palo Alto, California  94304-1007
                         P: +1.650.739.7517
              21         F: +1.650.739.7616
                         john.gaustad@bakerbotts.com
              22

              23

              24

              25
```

                                                                    2
♀


        1    APPEARANCES OF COUNSEL VIA ZOOM: (Continued)

        2    FOR DEFENDANT FUJITSU NETWORK COMMUNICATIONS:

        3            MILBANK LLP
                     BY NATHANIEL T. BROWAND, Special Counsel
        4            55 Hudson Yards
                     New York, New York  10001-2163
        5            T +1 212.530.5096
                     F +1 212.822.5096
        6            nbrowand@milbank.com

        7    ALSO PRESENT:

        8            BRANDON MILLER, Videographer

        9

       10

       11

       12

       13

                              Page 3

14 - DrAlexanderVSergienko_Rough

14

15

16

17

18

19

20

21

22

23

24

25

3

⚥

08:42:20  1        Remote Deposition; Thursday, April 15, 2021

08:42:20  2            12:06 p.m. Eastern Standard Time

08:42:20  3                  ---000---

09:06:06  4

09:06:09  5            VIDEOGRAPHER MILLER:  Good afternoon.

09:06:09  6            We're going on the record at 12:06 p.m.

09:06:12  7  Eastern Standard Time on April 15, 2021.

09:06:18  8            Please note the microphones are very, very

09:06:20  9  sensitive, and may pick up whispering; however, please

14 - DrAlexanderVSergienko_Rough

09:06:24 10   speak slowly with your voices up all the times.  Please

09:06:28 11   silence all cell phones and place away from microphones

09:06:31 12   as they can interfere with deposition audio.

09:06:35 13            Audio and video recording will continue to

09:06:38 14   take place unless all parties agree to go off the

09:06:38 15   record.

09:06:38 16            This is media number one of the video

09:06:41 17   recorded deposition of Dr. Alexander Sergienko taken by

09:06:47 18   counsel for defendants in the matter of Capella

09:06:50 19   Photonics, Inc., vs. Fujitsu Network Communications,

09:06:50 20   Inc.  Case number 2:20-cv-00076-JRG.

09:07:04 21            Second caption taken by counsel for

09:07:06 22   defendants in the matter of Capella Photonics, Inc.,

09:07:11 23   vs. Infinera Corporation Tellabs, Inc., case number

09:07:11 24   2:20-cv-00077-JRG, filed in United States District

09:07:11 25   Court of the Eastern District of Texas, Marshall

4

♀

09:07:11  1   Division.

09:07:11  2            This deposition is taking place via

09:07:40  3   Veritext Virtual and all participants are attending

09:07:41  4   remotely.

09:07:41  5            My name is Brandon Miller from the firm

09:07:44  6   Veritext Legal Solutions.  I'm the videographer.

14 - DrAlexanderVSergienko_Rough

09:07:48  7              The court reporter is Vickie Blair from

09:07:49  8   the firm Veritext Legal Solutions.

09:07:51  9              I'm not related to a party in this action

09:07:54 10   nor am I financially interested in the outcome.

09:07:57 11              Counsel and all present in the room and

09:07:58 12   everyone attending remotely will now state their

09:08:01 13   appearances and affiliation for the record, beginning

09:08:03 14   with the noticing attorney, and the witness can be

09:08:05 15   sworn in.

09:08:06 16              Thank you.

09:08:06 17              MR. GAUSTAD:  This is John Gaustad of

09:08:08 18   Baker Botts LLP on behalf of the Infinera defendants.

09:08:11 19              MR. BROWAND:  And this is Nathaniel

09:08:15 20   Browand from Milbank LLP on behalf of defendant Fujitsu

09:08:21 21   Network Communications, Inc.

09:08:31 22              THE REPORTER:  Mr. Eisenberg, you need to

09:08:33 23   unmute.

09:08:34 24              MR. EISENBERG:  This is Jason Eisenberg

09:08:36 25   from Sterne Kessler Goldstein & Fox on behalf of

                                                                    5

09:08:41  1   Capella Photonics, Inc.

09:08:43  2              MR. BECKER:  Sorry, I was on mute.

09:08:45  3              This is Robert Becker from Manatt, Phelps

14 - DrAlexanderVSergienko_Rough

09:08:48   4   & Phillips on behalf of Capella, Inc., and the witness.

09:08:50   5                    I also want to lodge an objection.  There

09:08:52   6   was an agreement with Fujitsu's counsel that this

09:08:57   7   deposition would not proceed, and it was surprising for

09:09:00   8   Fujitsu to announce that it was proceeding with the

09:09:02   9   deposition, despite our agreement, and so I object to

09:09:12  10   that.

09:09:12  11                    MR. BROWAND:  And I'll -- I'll state on

09:09:18  12   the record that the notice of Dr. Sergienko's

09:09:21  13   deposition was noticed in both the Fujitsu and Infinera

09:09:23  14   cases, and there's only a single report at issue in

09:09:25  15   both cases, and the deposition is properly recorded in

09:09:28  16   both cases, despite the party's agreement regarding

09:09:36  17   other expert depositions in the Capella vs. Fujitsu

09:09:40  18   case.

09:09:50  19                    THE REPORTER:  Mr. Gaustad, you need to

09:09:51  20   unmute.

09:09:55  21                    MR. GAUSTAD:  Oh, I have no further

09:09:56  22   comment.

09:09:57  23                    THE REPORTER:  Shall I swear the witness?

09:10:01  24                    MR. GAUSTAD:  Yes, please.

09:10:10  25

                                                              6

14 - DrAlexanderVSergienko_Rough

```
           1      ALEXANDER VLADIMIR SERGIENKO, Ph.D.,

           2        having been first duly sworn, was

           3        examined and testified as follows:

           4

           5                    EXAMINATION

           6  BY MR. GAUSTAD:

09:10:21   7      Q    Going morning, Dr. Sergienko.

09:10:25   8      A    Good morning.

09:10:25   9      Q    Would you please state your full name for

09:10:26  10  the record.

09:10:26  11      A    Alexander Vladimir Sergienko.

09:10:29  12      Q    And I've put what's been marked as

09:10:32  13  Exhibit 1 to the Shared Exhibit folder.

09:10:35  14           Could you please pull up Exhibit 1.

09:10:37  15      A    Yes, I have it.

09:10:37  16           (Deposition Exhibit # was marked for

09:10:37  17           identification and is attached hereto.)

09:10:38  18  BY MR. GAUSTAD:

09:10:38  19      Q    And do you recognize Exhibit 1?

09:10:39  20      A    Yes, I do.

09:10:40  21      Q    And what is Exhibit 1?

09:10:43  22      A    Exhibit 1, it's defendants notice of

09:10:45  23  deposition of expert Dr. Alexander V Mr. Sergienko.

09:10:50  24      Q    And towards the top of the first page do
```

Page 8

14 - DrAlexanderVSergienko_Rough

13:14:00  4   properly the circulators are not required and to

13:14:05  5   deliver in the claims of the patent, the circulators

13:14:06  6   are not required.

13:14:10  7            In fact, it was taught that it's the

13:14:13  8   circulators, it's a negative feature, addition of

13:14:16  9   separate devices that needs to be avoided, and that's

13:14:19 10   what the design proven to do that, so --

13:14:38 11   BY MR. GAUSTAD:

13:14:38 12       Q    All right.  Let's go to page 16 of your

13:14:43 13   validity report, which is Exhibit 2.

13:14:45 14       A    Page 16, okay.

13:14:48 15            MR. BECKER:  Object.  Form.

13:14:55 16            THE WITNESS:  Okay, I'm on page 16.

13:14:57 17   BY MR. GAUSTAD:

13:14:57 18       Q    And this is physical page 16, it's PDF

13:15:00 19   page 21.

13:15:05 20       A    Sometimes it's easier to say the paragraph

13:15:08 21   number.

13:15:08 22       Q    Yeah, sorry, it's paragraph 59.

13:15:11 23            Do you see that?

13:15:11 24       A    Yes, I do.

13:15:11 25       Q    And here you opine that Capella has shown

                                                          134

14 - DrAlexanderVSergienko_Rough

13:15:14  1  reasonable diligence from November 28, 2000, to a

13:15:24  2  constructive reduction of practice.

13:15:21  3      A     Yes, it's stated here that way, yes.

13:15:23  4      Q     And that constructive reduction of

13:15:26  5  practice date is March 19, 2001?

13:15:29  6      A     That's what it states, yes.

13:15:31  7      Q     So is it your opinion that Capella has

13:15:34  8  shown that it was reasonably diligent from November 28,

13:15:37  9  2000, to March 19, 2001?

13:15:41 10      A     That's correct.

13:15:56 11      Q     And I've made Exhibit 14 available in the

13:15:58 12  Shared Exhibit folder.  Just let me know when you have

13:16:01 13  that open.

13:16:05 14      A     Yes.

13:16:05 15                  (Deposition Exhibit 14 was marked

13:16:05 16                  for identification and is attached

13:16:06 17                  hereto.)

13:16:06 18  BY MR. GAUSTAD:

13:16:07 19      Q     And I represent that Exhibit 14 is

13:16:09 20  comprised of calendar pages showing November 2000,

13:16:14 21  December 2000, and January 2001.

13:16:18 22      A     Right.

13:16:19 23      Q     Do you happen what any of the inventors

13:16:25 24  were doing to November 29th?

Page 152

14 - DrAlexanderVSergienko_Rough

13:16:26 25        A      No, I have no knowledge of that.

135

♀

13:16:28  1        Q      Do you know what any of the inventors were

13:16:30  2  doing on November 30th?

13:16:33  3        A      No, I don't have any knowledge of this,

13:16:35  4  either.

13:16:36  5        Q      And let's look at the second page of

13:16:41  6  Exhibit 14, which is the calendar for December 2000.

13:16:46  7        A      Yes, I can see -- I look at the

13:16:50  8  December 2000.

13:16:51  9        Q      Do you know what any of the inventors

13:16:56 10  were --

13:16:56 11        A      Sorry, I lost -- can you repeat the

13:16:59 12  question please.

13:17:00 13              MR. BECKER:  Object.  Form.

13:17:01 14  BY MR. GAUSTAD:

13:17:01 15        Q      Do you know what any of the inventors were

13:17:04 16  doing on December 1st?

13:17:05 17        A      No, I don't have any idea.

13:17:06 18        Q      Do you know what any of the inventors were

13:17:08 19  doing on December 2nd?

13:17:09 20        A      No.

13:17:11 21              MR. BECKER:  Object.  Form.

Page 153

14 - DrAlexanderVSergienko_Rough

13:17:12 22  BY MR. GAUSTAD:

13:17:13 23       Q     Do you know what any of the inventors were

13:17:14 24  doing during any day of the following week between

13:17:18 25  December 3rd and December 9th?

                                                             136

♀

13:17:20  1              MR. BECKER:  Object.  Form.

13:17:21  2              THE WITNESS:  No, I have no information

13:17:23  3  about that.

13:17:24  4  BY MR. GAUSTAD:

13:17:25  5       Q     Do you know what any of the inventors were

13:17:26  6  doing during any day of the following week between

13:17:30  7  December 10th and December 16th?

13:17:32  8              MR. BECKER:  Object.  Form.

13:17:33  9              THE WITNESS:  No, I don't have information

13:17:35 10  about that.

13:17:36 11  BY MR. GAUSTAD:

13:17:36 12       Q     Do you know what any of the inventors were

13:17:38 13  doing during any day of the following week between

13:17:41 14  December 17th and December 23rd?

13:17:44 15              MR. BECKER:  Object.  Form.

13:17:46 16              THE WITNESS:  No, I don't have information

13:17:48 17  about that.

13:17:48 18  BY MR. GAUSTAD:

14 - DrAlexanderVSergienko_Rough

13:17:49 19      Q    Do you know what any of the inventors were

13:17:51 20  doing during the -- any day of the following week

13:17:53 21  between December 24th and December 30th?

13:17:59 22            MR. BECKER:  Object.  Form.

13:18:00 23            THE WITNESS:  No, I don't have information

13:18:01 24  about that.

         25  ///                                    ///
                                                      137

⚥

13:18:02  1  BY MR. GAUSTAD:

13:18:07  2      Q    And the next week runs from December 31st

13:18:08  3  to January 6th; correct?

13:18:11  4      A    That's correct.

13:18:16  5            MR. BECKER:  Object.  Form.

13:18:18  6  BY MR. GAUSTAD:

13:18:18  7      Q    Do you know what any of the inventors were

13:18:20  8  doing during any day of the week of December 31st to

13:18:24  9  January 6th?

13:18:24 10            MR. BECKER:  Object.  Form.

13:18:24 11            THE WITNESS:  No, I don't have information

13:18:26 12  about -- about that.

13:18:27 13  BY MR. GAUSTAD:

13:18:28 14      Q    Do you know what any of the inventors were

13:18:30 15  doing during any day of the following week between

14 - DrAlexanderVSergienko_Rough

13:18:32 16  January 6th and January 13th?

13:18:36 17              MR. BECKER:  Object.  Form.

13:18:38 18              THE WITNESS:  No, I don't have

13:18:38 19  information.

13:18:39 20  BY MR. GAUSTAD:

13:18:41 21      Q      And the provisional application was filed

13:18:42 22  on January 19th, which is the following Friday;

13:18:47 23  correct?

13:18:47 24              MR. BECKER:  Object.  Form.

13:18:47 25              THE WITNESS:  Well, based on the calendar

                                                        138

13:18:50  1  and the date on the submission, I believe so.

13:18:53  2  BY MR. GAUSTAD:

13:18:54  3      Q      And do you know what any of the inventors

13:18:57  4  were doing during any day of the following week between

13:19:01  5  January 14th and January 18th?

13:19:03  6              MR. BECKER:  Object.  Form.

13:19:04  7              THE WITNESS:  No, I don't have information

13:19:05  8  about that.

13:19:06  9  BY MR. GAUSTAD:

13:19:08 10      Q      So the critical period that we just

13:19:09 11  discussed spans more than seven weeks; correct?

13:19:13 12      A      Correct.

Page 156

14 - DrAlexanderVSergienko_Rough

13:19:13 13      Q      And you can not identify any specific

13:19:19 14      activity being performed by the inventors on any of

13:19:23 15      those days; correct?

13:19:24 16                  MR. BECKER:  Object.  Form.

13:19:25 17                  THE WITNESS:  I'm identifying activities

13:19:29 18      based on documents presented in the provisional

13:19:33 19      application with signatures and dates.

13:19:36 20      BY MR. GAUSTAD:

13:19:36 21      Q      And on what days between November 28,

13:19:40 22      2000, and January 19, 2001, can you identify any

13:19:44 23      specific activities performed by the inventors?

13:19:48 24      A      I believe at least --

13:19:49 25                  MR. BECKER:  Object.  Form.
                                                        139

13:19:50 1                   THE WITNESS:  -- two other dates have been

13:19:52 2       listed there with the signatures.

13:19:54 3       BY MR. GAUSTAD:

13:19:59 4       Q      And which dates are those?

13:20:01 5       A      I have to consult with the document.  If

13:20:03 6       you allow me, I'll go back to the document and I will

13:20:07 7       find it.

13:20:08 8       Q      Sure.  Let's go back to Exhibit 2.

13:20:41 9       A      Well, the one definite day, it's

Page 157

14 - DrAlexanderVSergienko_Rough

13:20:45 10  December 28, 2000, and if I remember correctly also on

13:20:51 11  the -- on some of the figures, there is a date in

13:20:53 12  January is also listed.  It's not listed in this table,

13:20:58 13  but if we go to the evidence of the provisional

13:21:03 14  application with figures and assigned figures, there

13:21:08 15  was somewhere, I believe one more date in January, so

13:21:11 16  there are at least two other documentary identified

13:21:16 17  occasions exist, and document -- document.

13:21:23 18        Q    So let's look at page 34 of the PDF of

13:21:29 19  Exhibit 13, which is the provisional application, and

13:21:33 20  this has 632 in the lower right-hand corner.

13:21:38 21        A    Okay.  Just a second.  632.  I'll just

13:21:50 22  scroll back.  632, yes, I am on this page.

13:22:01 23        Q    And do you see the signature of any of the

13:22:04 24  named inventors on this page?

13:22:06 25        A    Yes, I do.

                                                           140

♀

13:22:07  1        Q    And whose signature do you see?

13:22:13  2        A    Jeffrey Wilde.

13:22:14  3        Q    And do you know if Jeffrey Wilde did

13:22:21  4  anything on November 28, 2000, except sign this

13:22:24  5  signature page?

13:22:24  6        A    No, I don't know what he was doing that

                              Page 158

14 - DrAlexanderVSergienko_Rough

13:22:27  7   day.  I don't have information about that but I can see

13:22:33  8   that he signed this document.

13:22:35  9        Q     And do you know what Tai Chen was doing on

13:22:38 10   November 28, 2000?

13:22:38 11        A     No, I don't have information about that.

13:22:44 12        Q     Do you know what Joseph Davis was doing on

13:22:46 13   November 28, 2000?

13:22:48 14        A     I don't have information about that.  I'm

13:22:51 15   evaluating the technical meaning of this drawing and

13:22:55 16   its match to the claims.

13:23:00 17        Q     But you're also opining that the inventors

13:23:03 18   were diligent; correct?

13:23:04 19        A     That's correct, and I consist issues on

13:23:09 20   dates on this one and on some other on occasions in

13:23:11 21   January -- in December.

13:23:18 22        Q     And let's look down on page 37 -- or I'm

13:23:24 23   sorry this might be PDF page 38 but it has the number

13:23:27 24   636 in the lower right-hand corner?

13:23:28 25        A     Yes.

                                                            141

♀

13:23:29  1        Q     And do you see the signature of any named

13:23:32  2   inventor on this page?

13:23:33  3        A     I can see Joseph Davis signature on

                          Page 159

14 - DrAlexanderVSergienko_Rough

13:23:37  4    December 28, 2000.

13:23:41  5         Q      Do you know what else Joseph Davis was

13:23:43  6    doing on December 28, 2000, aside from signing this

13:23:47  7    page?

13:23:48  8         A      I don't have --

13:23:48  9                MR. BECKER:  Object.  Form.

13:23:49  10               THE WITNESS:  I don't have this

13:23:50  11   information.

13:23:50  12   BY MR. GAUSTAD:

13:23:50  13        Q      Do you know what Jeffrey Wilde was doing

13:23:53  14   on December 28, 2000?

13:23:55  15        A      No, I don't have this information.

13:23:58  16        Q      Do you know what Tai Chen was doing on

13:24:03  17   December 28, 2000?

13:24:04  18        A      I don't have this information.

13:24:11  19               I have a document with technical

13:24:14  20   parameters signed and dated.

13:24:16  21        Q      So during the critical period you can only

13:24:19  22   identify specific activity on two or three days;

13:24:24  23   correct?

13:24:24  24               MR. BECKER:  Object.  Form.

13:24:25  25               THE WITNESS:  I can identify specific

                                                           142

14 - DrAlexanderVSergienko_Rough

13:24:27  1  activities and technical development that occurred

13:24:30  2  during that period by comparing the designs and

13:24:34  3  progress of the design.

13:24:36  4  BY MR. GAUSTAD:

13:24:36  5      Q     And how do you know that those

13:24:38  6  developments occurred during this period?

13:24:40  7      A     By dates attached to them.

13:24:48  8      Q     But how do you know that those dates

13:24:51  9  indicate that the developments occurred during that

13:24:54 10  period?

13:24:57 11      A     Well, the dates indicate on which date

13:25:01 12  particular this particular development has been

13:25:03 13  presented -- kind of documented, and there is a

13:25:07 14  progression in the technical development between

13:25:09 15  documents leading to the filing of applications so

13:25:16 16  that's what it is.

13:25:19 17           Earlier dates have earlier development and

13:25:22 18  more and more and then final application formulated, so

13:25:27 19  that's -- that's what I would consider technical

13:25:30 20  development.

13:25:31 21      Q     Couldn't the inventors have developed this

13:25:34 22  before this information was presented?

13:25:37 23      A     I don't know.  It's -- it's beyond my

13:25:44 24  capability to evaluate technical matter and facts.

Page 161

14 - DrAlexanderVSergienko_Rough

13:25:50 25       Q     So you don't know when the named inventors

                                                                143

♀

13:25:53  1  actually developed the information contained on these

13:25:55  2  pages; correct?

13:25:57  3                  MR. BECKER:  Object.  Form.

13:25:58  4                  THE WITNESS:  I only know that here's a

13:26:02  5  drawing -- technical drawing and the date attached to

13:26:04  6  it.  It's a formal document.  That's what I consider,

13:26:08  7  and it's a fact.  All the rest, it's a speculations,

13:26:12  8  and I'm not ready to speculate.

13:26:16  9  BY MR. GAUSTAD:

13:26:17 10       Q     So you would be speculating about whether

13:26:19 11  the named inventors had developed this technology prior

13:26:23 12  to the dates on these pages; correct?

13:26:24 13                  MR. BECKER:  Object.  Form.

13:26:25 14                  THE WITNESS:  I would not speculate like

13:26:28 15  that.

13:26:29 16  BY MR. GAUSTAD:

13:26:30 17       Q     But I ask -- if I asked you to

13:26:32 18  speculate -- strike that.

13:26:33 19                  But if I asked you when the named

13:26:35 20  inventors had actually developed the technology shown

13:26:39 21  on these pages, you would be speculating; correct?

14 - DrAlexanderVSergienko_Rough

13:26:41 22            MR. BECKER:  Object.  Form.

13:26:42 23            THE WITNESS:  I'm not speculating on

13:26:47 24  anything.  I see the document, I see the date attached

13:26:50 25  to it, for me, this is a fact.  I evaluate this fact.

                                                     144

♀

13:26:54  1  I'm not speculating anything else, and all my

13:26:57  2  statements are within the framework of technical

13:27:01  3  evaluation of the facts.

13:27:07  4  BY MR. GAUSTAD:

13:27:07  5      Q     And so if you see a signature dated

13:27:11  6  November 28, 2000, what is the fact?

13:27:15  7      A     Well, the fact --

13:27:17  8            MR. BECKER:  Object.  Form.

13:27:17  9            THE WITNESS:  The fact is that this person

13:27:19 10  presented this document and to verify the date his or

13:27:28 11  her assigned this date and carries responsibility of --

13:27:33 12  for this action.  So I assume that on that date this

13:27:36 13  has been presented; now it becomes a document, valid

13:27:40 14  document, for consideration, not for speculation but

13:27:43 15  for consideration, technical consideration because --

13:27:48 16  BY MR. GAUSTAD:

13:27:48 17      Q     That the --

13:27:46 18      A     -- it's a valid document.

                      Page 163

14 - DrAlexanderVSergienko_Rough

13:27:48 19     Q     I'm sorry, Dr. Sergienko.

13:27:50 20     A     Sorry about that.

13:27:56 21     Q     But that date doesn't inform you when the

13:27:59 22 named inventors actually developed the subject matter

13:28:02 23 contained on these slides; correct?

13:28:05 24           MR. BECKER:  Object.  Form.

13:28:05 25           THE WITNESS:  I don't believe it's

                                                        145

⚥

13:28:11  1 relevant to this issue when they developed, if they

13:28:14  2 developed it earlier, that's okay, but they -- it's

13:28:17  3 meaningless, the document says this particular date.

13:28:21  4 That's it.

13:28:27  5 BY MR. GAUSTAD:

13:28:27  6     Q     Are you aware that Jeffrey Wilde was

13:28:30  7 deposed in this case?

13:28:31  8     A     Yeah, I was aware of that.

13:28:32  9     Q     Have you reviewed Jeffrey Wilde's

13:28:36 10 depositions transcript?

13:28:37 11     A     Not -- not yet.

13:28:39 12     Q     Wouldn't have you expected Jeffrey Wilde's

13:28:45 13 deposition transcript to have information about when he

13:28:50 14 conceived of the asserted claims?

13:28:50 15           MR. BECKER:  Object.  Form.

14 - DrAlexanderVSergienko_Rough

13:28:50 16          THE WITNESS:  I don't know.  I have to

13:28:52 17 read it, review it, and then I'll give you the answer.

13:28:54 18 BY MR. GAUSTAD:

13:28:59 19     Q     There are a reason you didn't review

13:29:02 20 Jeffrey Wilde's deposition transcript prior to signing

13:29:04 21 and submitting your report?

13:29:05 22     A     Well, there were lots of other documents,

13:29:07 23 the list of exhibit was huge.  I had to form this

13:29:11 24 document over a relatively short period of time.

13:29:14 25 It's -- I was asked to answer technical questions, and
                                                      146

13:29:17  1 I just used formal documents to form my opinion.  The

13:29:24  2 depositions of all the inventors and -- I will review

13:29:30  3 it at some other point because even if someone claimed

13:29:35  4 to invent it earlier, it doesn't change things.

13:29:39  5          It does not alter this document

13:29:42  6 whatsoever.  The document is the document.  It states

13:29:44  7 the date, and that's what I considered.

13:29:49  8     Q     So because of the short amount of time you

13:29:51  9 had to prepare your report you did not consider Jeffrey

13:29:54 10 Wilde's deposition transcript?

13:29:56 11          THE WITNESS:  I didn't review it.

13:29:57 12          MR. BECKER:  Object.  Form.

Page 165

14 - DrAlexanderVSergienko_Rough

13:29:57 13          THE WITNESS:  I know it's -- this -- but I

13:30:00 14  didn't review it in detail because I was asked to

13:30:03 15  evaluate the technical issues regarding to the

13:30:10 16  Dr. Lebby's report and that's what I was evaluating,

13:30:14 17  arguing about that.

13:30:15 18  BY MR. GAUSTAD:

13:30:15 19          Q     Are you aware that Tai Chen was deposed in

13:30:18 20  this case?

13:30:19 21          A     Yes, I am aware of that.  I know that that

13:30:23 22  deposition will exist.  I saw the list of depositions.

13:30:29 23          Q     And did you review Tai Chen's deposition

13:30:32 24  transcript before signing and submitting your report?

13:30:34 25          A     No, I didn't review it.

                                                        147

13:30:36 1          Q     Wouldn't you expect Tai Chen's deposition

13:30:39 2  transcript to have information about when he conceived

13:30:41 3  of the asserted claims?

13:30:43 4          A     What -- what -- could you repeat --

13:30:46 5  clarify your question.  I didn't get the question.

13:30:48 6          Q     Sure.  Wouldn't you expect Tai Chen's

13:30:51 7  deposition transcript to have information about when he

13:30:55 8  conceived of the asserted claims?

13:30:56 9          A     Oh, definitely --

                            Page 166

14 - DrAlexanderVSergienko_Rough

13:30:57 10                    MR. BECKER:  Object.  Form.

13:30:58 11                    THE WITNESS:  -- he probably been asked

13:30:59 12  and would answer, but it would not change at all what I

13:31:03 13  would say here because unless it's supported by the

13:31:07 14  valid document, it's just words and opinion and

13:31:12 15  speculation.

13:31:12 16  BY MR. GAUSTAD:

13:31:13 17       Q     And are you aware that Joseph Davis was

13:31:15 18  deposed in this case?

13:31:16 19       A     Yes, I am aware of that.

13:31:17 20       Q     And did you review Joseph Davis's

13:31:20 21  deposition transcript before signing and submitting

13:31:22 22  your report?

13:31:23 23       A     No, I didn't review it.

13:31:26 24       Q     And wouldn't you expect Joseph Davis's

13:31:30 25  deposition transcript to have information about when he

                                                            148

13:31:32  1  conceived of the asserted claims?

13:31:34  2       A     Probably but again --

13:31:35  3                    MR. BECKER:  Object.  Form.

13:31:36  4                    THE WITNESS:  -- it wouldn't change the

13:31:37  5  document that we have here in front of us right now.

13:31:52  6                    MR. GAUSTAD:  We've been going about an

                            Page 167

14 - DrAlexanderVSergienko_Rough

13:31:54  7   hour, Dr. Sergienko, do you need a break?

13:31:56  8              THE WITNESS:  Yeah, I can use one.

13:31:57  9              MR. GAUSTAD:  Oh, let's go off the record.

13:32:00 10              THE WITNESS:  Thank you.  10 minutes?

13:32:03 11              MR. GAUSTAD:  Sure, 10 minutes.

13:32:05 12              VIDEOGRAPHER MILLER:  Standby.  This marks

13:32:05 13   the end of media number three.  Going off the record at

13:32:08 14   4:32 p.m. Eastern.

13:32:12 15                     (Recess taken.)

13:42:23 16              VIDEOGRAPHER MILLER:  We are back on the

13:43:09 17   record at 4:43 p.m. Eastern, and this marks the

13:43:13 18   beginning of media number four of the deposition of

13:43:16 19   Dr. Alexander Sergienko.

13:43:18 20              You may proceed, Counsel.

13:43:28 21   BY MR. GAUSTAD:

13:43:29 22        Q     Welcome back, Dr. Sergienko.

13:43:30 23              Did you speak with anyone during the

13:43:32 24   break?

13:43:32 25        A     Yes, I did speak with my counsel.

                                                        149

♀

13:43:35  1        Q     And did you discuss the substance of your

13:43:39  2   testimony with counsel during the break?

13:43:40  3              MR. BECKER:  And I instruct you not to

14 - DrAlexanderVSergienko_Rough

13:43:42  4   answer on the basis of privilege any questions about

13:43:45  5   the content of communications.

13:43:47  6           THE WITNESS:  So I will follow this

13:43:49  7   advice.

13:43:51  8   BY MR. GAUSTAD:

13:43:51  9      Q     And, Dr. Sergienko, I have to apologize

13:43:53 10   when I was asking you earlier questions for some reason

13:43:55 11   I personally conflated January 19th with March 19,

13:44:02 12   2001, and March 19, 2001, was actually when the

13:44:05 13   provisional application was filed, not January 19,

13:44:09 14   2001, so I just want to go back and ask you some more

13:44:12 15   questions about the periods specifically between

13:44:16 16   January 19, 2001, and March 19, 2001.

13:44:19 17      A     Okay.

13:44:20 18      Q     So let's go back to Exhibit 14, which was

13:44:24 19   the calendar, and let's go to page three which shows

13:44:29 20   dates in January 2001.

13:44:32 21      A     Right.

13:44:33 22      Q     And do you know what any of the names

13:44:35 23   inventors were doing on January 20, 2001?

13:44:41 24           MR. BECKER:  Object.  Form.

13:44:42 25           THE WITNESS:  Not on this particular date.

150

14 - DrAlexanderVSergienko_Rough

13:44:44  1  January 20th is a Saturday.  Probably -- I don't know.

13:44:46  2  They were starting the company and working hard, I

13:44:49  3  don't know whether they took weekends, as well.

13:44:52  4  BY MR. GAUSTAD:

13:44:54  5       Q     And do you know what any of the named

13:44:57  6  inventors were doing on any specific day between

13:45:00  7  January 21st and January 27th?

13:45:02  8            MR. BECKER:  Object.  Form.

13:45:02  9            THE WITNESS:  I don't have any special

13:45:04 10  information about that.  I just know that they were --

13:45:10 11  the Capella was a developing company, new company, and

13:45:13 12  they were preparing, I guess, the provisional that was

13:45:17 13  filed in March and to file the full blown provisional,

13:45:24 14  it's a large piece of work.  It's more than a week or

13:45:27 15  two-week's work, so I assumed they were working on

13:45:30 16  that, whether full-time, not full-time, I don't know,

13:45:32 17  but it's very serious exercise and lots of effort needs

13:45:37 18  to be put in there.

13:45:38 19  BY MR. GAUSTAD:

13:45:38 20       Q     Do you know when the named inventors were

13:45:40 21  drafting the provisional application?

13:45:42 22       A     Well, I assume between the last date on

13:45:47 23  the documents available in January and filing in March.

13:45:54 24       Q     You're speculating when you give that

Page 170

14 - DrAlexanderVSergienko_Rough

13:45:56 25  answer; correct?

151

♀

13:45:57  1      A     I can see --

13:45:59  2            MR. BECKER:  Object.  Form.

13:46:00  3            THE WITNESS:  Yeah, well, I -- partially,

13:46:02  4  yes, I'm speculating based on the development of the

13:46:05  5  document.  If you compare the evidence from November

13:46:11  6  and December and January and compare the provisional

13:46:18  7  application in March you would see tremendous progress

13:46:23  8  in both description and graphical development of

13:46:27  9  technical elements, additional elements, organization

13:46:31 10  of elements, and development of technical principle,

13:46:35 11  principles, this is a huge amount of work, as an

13:46:41 12  experimentalist myself, I can speculate how much

13:46:45 13  efforts and time went into the development of these

13:46:51 14  things.

13:46:51 15  BY MR. GAUSTAD:

13:46:51 16      Q     Well, let's go back to Exhibit 13.

13:47:01 17      A     Yes, I'm on the Exhibit 13.

13:47:03 18      Q     And let's look at page two of the PDF,

13:47:05 19  which has the number 600 in the lower right-hand

13:47:08 20  corner.

13:47:08 21      A     Yes, I am here.

Page 171

14 - DrAlexanderVSergienko_Rough

13:47:09 22      Q      Do you know when this page of the

13:47:12 23   provisional application was drafted?

13:47:13 24            MR. BECKER:  Object.  Form.

13:47:15 25            THE WITNESS:  No, I know when it was

                                                              152

♀

13:47:18  1   filed.

13:47:20  2   BY MR. GAUSTAD:

13:47:20  3      Q      And let's go down to the third PDF page,

13:47:24  4   which has 601 in the bottom right-hand corner.

13:47:27  5      A      Yes.

13:47:27  6      Q      Do you know when this page of the

13:47:29  7   provisional application was drafted?

13:47:31  8      A      I don't know specific date --

13:47:33  9            MR. BECKER:  Object.  Form.

13:47:33 10            THE WITNESS:  -- when it was drafted, but

13:47:35 11   it takes amount of time and efforts to draft this.

13:47:38 12   BY MR. GAUSTAD:

13:47:38 13      Q      And let's go to page four of the PDF,

13:47:40 14   which has 602 in the bottom right-hand corner.

13:47:47 15            Do you think when this page of the

13:47:48 16   provisional application was drafted?

13:47:50 17      A      I don't know --

13:47:50 18            MR. BECKER:  Object.  Form.

Page 172

14 - DrAlexanderVSergienko_Rough

13:47:51 19            THE WITNESS:  I don't know exactly

13:47:53 20    specific date when it was drafted, but it's a very nice

13:47:57 21    written document.

13:47:57 22    BY MR. GAUSTAD:

13:47:57 23        Q    And let's go down to PDF page five, which

13:48:00 24    has 603 in the bottom right-hand corner.

13:48:04 25            Do you know when this specific page of the
                                                            153



13:48:06  1    provisional application was drafted?

13:48:06  2        A    No, I don't know when -- which -- when it

13:48:11  3    was drafted, but obviously not in one day, that would

13:48:15  4    be impossible.

13:48:15  5        Q    It would be impossible to draft one page

13:48:17  6    of a document in one day?

13:48:18  7        A    Because one page is a reflection of the

13:48:26  8    technology development over -- could be a couple of

13:48:29  9    months, two, three months, because if you look at the

13:48:32 10    technology drawings prior to that in the November and

13:48:36 11    December and if you look at the technology drawings

13:48:40 12    from the -- from this document, from the filing date,

13:48:45 13    you would see tremendous technical advancement and

13:49:03 14    quality enhancement, and this never comes easy or fast.

13:48:56 15    You have to do significant due diligence to develop

                            Page 173

14 - DrAlexanderVSergienko_Rough

13:49:01 16   that.

13:49:05 17        Q     Objection.   Nonresponsive.

13:49:07 18              Do you know how long it took someone to

13:49:08 19   draft this specific page of the provisional

13:49:12 20   application?

13:49:12 21              MR. BECKER:  Object.  Form.

13:49:14 22              THE WITNESS:  Again, drafting the page

13:49:17 23   doesn't mean just to type.  To type it, it probably

13:49:19 24   takes -- I don't know -- 20 minute's to type up, but

13:49:23 25   the question is what to type, what technical content

154

♀

13:49:28  1   you will put in there.  The development of that content

13:49:30  2   takes significant amount of time in engineering.

13:49:30  3   BY MR. GAUSTAD:

13:49:43  4        Q     Let's go back to Exhibit 14, which was the

13:49:52  5   November 2000 and January 2001 calendar --

13:49:52  6        A     Right.

13:49:55  7        Q     -- and let's go to page three and do you

13:50:03  8   know what specifically any of the named inventors were

13:50:06  9   doing between January 28th and January 31st?

13:50:10 10        A     Not in particular, I don't have this

13:50:13 11   specific information.

13:50:18 12        Q     And I've introduced Exhibit 15, just let

14 - DrAlexanderVSergienko_Rough

13:50:21 13   me know when you have that open.

13:50:29 14      A      I have it.

13:50:29 15                  (Deposition Exhibit 15 was marked

13:50:29 16                  for identification and is attached

13:50:30 17                  hereto.)

13:50:30 18   BY MR. GAUSTAD:

13:50:30 19      Q      And I'll represent that this is a calendar

13:50:32 20   accurately reflecting the dates in February 2001.

13:50:38 21                  Dr. Sergienko, do you know what any of the

13:50:39 22   names inventors were doing on any specific day between

13:50:44 23   February 1st and February 3rd, 2001?

13:50:46 24                  MR. BECKER:  Object.  Form.

13:50:47 25                  THE WITNESS:  I don't have specific
                                                            155

13:50:48  1   information.

13:50:48  2   BY MR. GAUSTAD:

13:50:48  3      Q      Do you know what any of the named

13:50:51  4   inventors were specifically doing on any day

13:50:54  5   February 4th and February 10th, 2001?

13:50:58  6      A      I didn't have --

13:51:00  7                  MR. BECKER:  Object.  Form.

13:51:00  8                  THE WITNESS:  I didn't have specific

13:51:02  9   information.

Page 175

14 - DrAlexanderVSergienko_Rough

13:51:02 10  BY MR. GAUSTAD:

13:51:02 11      Q    Do you have any specific information about

13:51:05 12  what any named inventor was doing on any day between

13:51:11 13  February 11th and February 17th, 2001?

13:51:13 14            MR. BECKER:  Object.  Form.

13:51:14 15            THE WITNESS:  I don't have factual

13:51:15 16  information, I just could guess that they were

13:51:17 17  developing the provisional.

13:51:19 18  BY MR. GAUSTAD:

13:51:19 19      Q    Do you have any information about what any

13:51:21 20  named inventor was specifically doing on any day

13:51:25 21  between February 18th and February 24th, 2001?

13:51:28 22            MR. BECKER:  Object.  Form.

13:51:29 23            THE WITNESS:  I don't have specific

13:51:30 24  information about that.

25  ///                              ///
                                              156
♀

13:51:31 1  BY MR. GAUSTAD:

13:51:32 2      Q    Do you have any information about what any

13:51:34 3  named inventor was specifically doing between

13:51:37 4  February 25th and February 28th, 2001?

13:51:47 5            MR. BECKER:  Object.  Form.

13:51:48 6            THE WITNESS:  I don't have any specific

Page 176

14 - DrAlexanderVSergienko_Rough

13:51:49  7  information about that.

13:51:51  8  BY MR. GAUSTAD:

13:51:55  9       Q     And I'm introducing Exhibit 16 in the

13:51:57 10  record.  Just let me know when you have it open.

13:52:09 11       A     Yes, I have it open.

13:52:09 12                   (Deposition Exhibit 16 was marked

13:52:09 13                   for identification and is attached

13:52:10 14                   hereto.)

13:52:10 15  BY MR. GAUSTAD:

13:52:10 16       Q     And I'll represent that Exhibit 16 is a

13:52:14 17  calendar accurately showing the days in March 2001.

13:52:18 18                   Dr. Sergienko, do you know what any of the

13:52:18 19  named inventors were specifically doing on any day

13:52:21 20  between March 1st and March 3rd, 2001?

13:52:24 21                   MR. BECKER:  Object.  Form.

13:52:24 22                   THE WITNESS:  I don't have specific

13:52:25 23  information about that.

13:52:26 24  BY MR. GAUSTAD:

13:52:27 25       Q     Do you know what any named inventor was

                                                          157
♀

13:52:30  1  specifically doing on any day between March 4th and

13:52:34  2  March 10th, 2001?

13:52:36  3                   MR. BECKER:  Object.  Form.

14 - DrAlexanderVSergienko_Rough

13:52:37  4            THE WITNESS:  I don't have specific

13:52:39  5   information about that.

13:52:40  6   BY MR. GAUSTAD:

13:52:40  7        Q    Do you know with a any named inventor was

13:52:42  8   doing on any specific day between March 11th and

13:52:45  9   March 17th, 2001?

13:52:48 10        A    I don't have --

13:52:49 11            MR. BECKER:  Object.  Form.

13:52:51 12            THE WITNESS:  I don't have a specific

13:52:51 13   information but I could guess as a person submitting

13:52:55 14   lots of documents in my life, I think they were trying

13:52:58 15   to frantically finish and polish the application.

13:53:05 16   BY MR. GAUSTAD:

13:53:05 17        Q    But do you know that?

13:53:06 18        A    I don't know this for a fact.  That would

13:53:08 19   be my guess.

13:53:08 20        Q    So you're speculating?

13:53:10 21        A    I'm speculating --

13:53:12 22            MR. BECKER:  Object.  Form.

13:53:12 23            THE WITNESS:  -- based on my own

13:53:15 24   experience of submitting similar documents.

         25   ///                                      ///
                                                        158

14 - DrAlexanderVSergienko_Rough

13:53:17  1  BY MR. GAUSTAD:

13:53:22  2      Q     And do you know what any of the named

13:53:24  3  inventors were doing on March 18, 2001?

13:53:31  4      A     I don't have specific information about

13:53:32  5  that.  It's Sunday.  I don't know.

13:53:41  6      Q     All right.  Let's go back to Exhibit 2,

13:53:43  7  which is your validity report, and let's look at

13:53:50  8  paragraph 72, which is on PDF page, I think 23, it has

13:54:02  9  18 at the bottom.

13:53:58 10      A     Yeah, paragraph 72, I am on it.

13:54:03 11      Q     And here you have the phrase "multiple

13:54:08 12  surfaces that parallelly displace relative to each

13:54:15 13  other to create a defraction grating" in quotation

13:54:19 14  marks; is that correct?

13:54:20 15      A     That's correct.

13:54:20 16      Q     And what are you quoting there?

13:54:25 17            MR. BECKER:  Object.  Form.

13:54:28 18            THE WITNESS:  I have to verify the -- to

13:54:36 19  consult with the specification of the patent.  I'm

13:54:42 20  trying to remember whether this is in the specification

13:54:43 21  of the patent or it's from some other document.  I'm

13:54:51 22  not sure exactly from which document but I can

13:54:55 23  double-check the specification because --

13:55:01 24            Well, this is true fact that reflective

Page 179

14 - DrAlexanderVSergienko_Rough

14:53:38  4  Doctor, please.  Is there anything that counsels or the

14:53:40  5  court reporter would like to put on the record only

14:53:42  6  before I close the record?

14:53:46  7            MR. BECKER:  No, thank you.

14:53:47  8            MR. GAUSTAD:  No, thank you.

14:53:48  9            VIDEOGRAPHER MILLER:  Okay, thank you.

14:53:48 10  Standby.  This concludes today's deposition of

14:53:50 11  Dr. Alexander Sergienko.  Total media used was six.

14:53:54 12            Going off the record at 5:53 p.m. Eastern

14:53:57 13  standard time.

14:53:59 14                 (Whereupon, at 2:53 p.m., the

         15                 deposition of ALEXANDER VLADIMIR

         16                 SERGIENKO, Ph.D., was adjourned.)

         17                      ---o0o---

         18

         19

         20

         21

         22

         23

         24

         25

                                                              190

14 - DrAlexanderVSergienko_Rough

1                          DECLARATION

2

3

4               I, ALEXANDER VLADIMIR SERGIENKO, Ph.D.,

5    hereby declare that I am the deponent in the within

6    matter; that I have read the foregoing deposition and

7    know the contents thereof, and I declare that the same

8    is true of my knowledge, except as to the matters which

9    are therein stated.

10              I certify under penalty of perjury of the

11   laws of the State of California that the foregoing is

12   true and correct.

13              Executed this _____ day of_____,

14   2021, at _____, _____.

15

16

17

18

19              _____

20              ALEXANDER VLADIMIR SERGIENKO, Ph.D.

21

22

23

24

                        Page 215

14 - DrAlexanderVSergienko_Rough

25

191

♀

```
 1   STATE OF CALIFORNIA      )

 2                            )  ss.

 3   COUNTY OF LOS ANGELES   )

 4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in

 5   and for the State of California, do hereby certify:

 6              That, prior to being examined, the witness

 7   named in the foregoing deposition was by me duly sworn

 8   to testify as to the truth, the whole truth, and

 9   nothing but the truth;

10              That said deposition was taken before me

11   at the time and place therein set forth, and was taken

12   down by me stenographically and thereafter transcribed

13   via computer-aided transcription under my direction and

14   is a true record of the testimony given;

15              I further certify I am neither counsel

16   for, nor related to, any party to said action, nor

17   interested in the outcome thereof;

18              IN WITNESS WHEREOF, I have hereto

19   subscribed my name this [!ORDINALDATE] day of [!MONTH],

20   2021.

21
```

Page 216

14 - DrAlexanderVSergienko_Rough

22

23

24          _____

25          Vickie Blair, CSR No. 8940, RPR-CRR

192