**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CAPELLA PHOTONICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>Defendants. | Case No.  2:20-cv-00077-JRG |

**<u>DECLARATION OF CHRISTOPHER L. WANGER IN SUPPORT
OF PLAINTIFF CAPELLA PHOTONICS, INC.'S MOTION TO STRIKE
DEFENDANTS' EXPERT REPORT OF ROBERT L. STOLL</u>**

I, Christopher L. Wanger, declare and state as follows:

1. I am a partner with Manatt, Phelps & Phillips, LLP, attorneys for plaintiff Capella Photonics, Inc. in the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Attached hereto, as **Exhibit 1**, is a true and correct copy (without appendices) of the Expert Report of Robert L. Stoll, dated March 15, 2021, served in connection with the above-captioned action. Exhibit 1 is being filed under seal.

3. Attached hereto, as **Exhibit 2**, is a true and correct copy of relevant pages from Defendants' First Supplemental Objections and Responses to Plaintiff Capella Photonics, Inc.'s Second Set of Interrogatories (7-15), dated February 6, 2021.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 26, 2021 at Mill Valley, California.

*/s/ Christopher L. Wanger*
Christopher L. Wanger

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was served on all counsel of record who have consented to electronic service on this 26th day of April, 2021.

                                        */s/ Robert D. Becker*
                                        Robert D. Becker