# EXHIBIT L

# FILED UNDER SEAL
# IN ITS ENTIRETY