# EXHIBIT M

# FILED UNDER SEAL IN ITS ENTIRETY