# EXHIBIT Q

# FILED UNDER SEAL
# IN ITS ENTIRETY