# EXHIBIT R

# FILED UNDER SEAL IN ITS ENTIRETY