# EXHIBIT S

# FILED UNDER SEAL IN ITS ENTIRETY