# EXHIBIT T

# FILED UNDER SEAL IN ITS ENTIRETY