UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00077-JRG |

**ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION
TO EXCLUDE THE DAMAGES-RELATED OPINIONS OFFERED
BY DAVID TEECE AND WAYNE KNOX**

BEFORE THE COURT is Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc.'s Daubert Motion to Exclude the Damages-Related Opinions Offered by David Teece and Wayne Knox.

Having considered the Motion, and good cause appearing, the Motion is hereby **GRANTED.**