# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br><br> Plaintiff <br><br> v. <br><br> INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC., <br><br> Defendants. | Civ. No. 2:20-cv-00077 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF THE ASSERTED CLAIMS UNDER THE DOCTRINE OF EQUIVALENTS AND (2) NO LITERAL INFRINGEMENT OF CLAIM 29 – EXHIBIT 4**

**FILED UNDER SEAL**

Dated: April 26, 2021

                Respectfully submitted,

By:   */s/ Kurt Pankratz*
      Kurt Pankratz (TX SBN 24013291)
      Email: kurt.pankratz@bakerbotts.com
      Melissa Muenks (TX SBN 24097442)
      Email: melissa.muenks@bakerbotts.com
      BAKER BOTTS LLP
      2001 Ross Avenue, Suite 900
      Dallas, TX 75201
      Telephone: (214) 953-6500
      Facsimile: (214) 953-6503

      Sarah J. Guske (CA SBN 232467)
      Email: sarah.guske@bakerbotts.com
      BAKER BOTTS LLP
      101 California Street, Suite 3600
      San Francisco, TX 94111-5843
      Telephone: (415) 291-6200
      Facsimile: (415) 291-6300

      John Fredrick Gaustad (CA SBN 279893)
      *Pro Hac Vice*
      Email: john.gaustad@bakerbotts.com
      BAKER BOTTS LLP
      1001 Page Mill Road
      Building One, Suite 200
      Palo Alto, CA 94301
      Telephone: (650) 739-7500
      Facsimile: (650) 739-7699

      Lauren J. Dreyer (DC 1007189)
      *Pro Hac Vice*
      Email: lauren.dreyer@bakerbotts.com
      BAKER BOTTS LLP
      700 K Street NW
      Washington, DC 20001
      Telephone: (202) 639-7700
      Facsimile: (202) 639-7890

      *Attorneys for Defendants, Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2021.

By:   /s/ Kurt Pankratz
       Kurt Pankratz

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the forgoing document is authorized to be filed under seal pursuant to the Protective Order entered in this matter.

By:   /s/ Kurt Pankratz
       Kurt Pankratz

# EXHIBIT 4

# FILED UNDER SEAL IN ITS ENTIRETY