# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>                Plaintiff<br><br>      v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT (USA) INC.,<br><br>                Defendants. | Civ. No. 2:20-cv-00077 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF THE ASSERTED CLAIMS UNDER THE DOCTRINE OF EQUIVALENTS AND (2) NO LITERAL INFRINGEMENT OF CLAIM 29 – EXHIBIT 5**

**FILED UNDER SEAL**

Dated: April 26, 2021

Respectfully submitted,

By: */s/ Kurt Pankratz*
Kurt Pankratz (TX SBN 24013291)
Email: kurt.pankratz@bakerbotts.com
Melissa Muenks (TX SBN 24097442)
Email: melissa.muenks@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske (CA SBN 232467)
Email: sarah.guske@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, TX 94111-5843
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

John Fredrick Gaustad (CA SBN 279893)
*Pro Hac Vice*
Email: john.gaustad@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94301
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Lauren J. Dreyer (DC 1007189)
*Pro Hac Vice*
Email: lauren.dreyer@bakerbotts.com
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants, Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2021.

By:   */s/ Kurt Pankratz*
       Kurt Pankratz

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the forgoing document is authorized to be filed under seal pursuant to the Protective Order entered in this matter.

By:   */s/ Kurt Pankratz*
       Kurt Pankratz

# EXHIBIT 5

# FILED UNDER SEAL IN ITS ENTIRETY