IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT(USA) INC. <br><br> Defendants. | Case No. 2:20-cv-00077-JRG |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff Capella Photonics, Inc. ("Capella") and Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc. (collectively, "Infinera," and together with Capella, the "Parties"), hereby notify the Court that they have reached an agreement in principle that will resolve all matters in controversy in the above captioned action between the Parties. As a result, there is good cause to stay all deadlines in view of the Parties' agreement in principle settling this matter. Therefore, the Parties respectfully request that all deadlines between them in the above-captioned litigation be stayed for twenty-one (21) days, up to and including May 28, 2021, to give the Parties adequate time to finalize the settlement agreement and file dismissal papers without incurring additional expenses. A proposed order is filed concurrently herewith.

| | |
|---|---|
| Dated:  May 7, 2021 | By: /s/ *Claire A. Henry*<br>Charles Everingham IV (TX SBN 00787447)<br>Email: *ce@wsfirm.com*<br>T. John Ward (TX SBN 20848000)<br>Email: *tjw@wsfirm.com*<br>Claire Abernathy Henry (TX SBN 24053063)<br>Email: *claire@wsfirm.com*<br>Andrea Fair (TX SBN 24078488)<br>Email: *andrea@wsfirm.com*<br>WARD, SMITH & HILL, PLLC<br>P.O. Box 1231<br>Longview, TX 75606<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br><br>Robert D. Becker (Cal. Bar 160648)<br>Email: *rbecker@manatt.com*<br>Christopher L. Wanger (Cal. Bar 164751)<br>Email: *cwanger@manatt.com*<br>MANATT, PHELPS & PHILLIPS, LLP<br>1 Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 291-7400<br>Facsimile: (415) 291-7474<br><br>Attorneys for Plaintiff,<br>CAPELLA PHOTONICS, INC. |

Dated:  May 7, 2021

By: */s/ Kurt Pankratz w/permission Claire A. Henry*
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Kurt Pankratz
(TX SBN 24013291)
kurt.pankratz@bakerbotts.com
Melissa Muenks
(TX SBN 24097442)
melissa.muenks@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: 214-953-6500
Facsimile: 214-953-6503

Attorneys for Defendants
INFINERA CORPORATION, TELLABS, INC.,
TELLABS OPERATIONS INC., CORIANT
AMERICA INC., AND CORIANT (USA) INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 7th day of May 2021.

*/s/ Claire A. Henry*
Claire A. Henry

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff and Defendants have complied with the meet and confer requirements set forth in Local Rule CV-7(h), and this motion is unopposed.

*/s/ Claire A. Henry*
Claire A. Henry