IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPELLA PHOTONICS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>INFINERA CORPORATION, TELLABS, INC., TELLABS OPERATIONS INC., CORIANT AMERICA INC., and CORIANT(USA) INC.<br><br>        Defendants. | Case No. 2:20-cv-00077-JRG |

## JOINT STIPULATION AND MOTION TO DISMISS ACTION

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Capella Photonics, Inc. ("Capella") and Defendants Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc. (collectively, "Infinera," and together with Capella, the "Parties") have agreed to settle, adjust and compromise all claims in the above-captioned action. The Parties, therefore, stipulate and move this Court to dismiss the action with prejudice.

The Parties further move the Court to order that the Parties shall bear their own respective costs and expenses relating to this litigation (including but not limited to attorneys' and expert fees and expenses).

A proposed Order is filed concurrently herewith.

Dated: June 1, 2021

By: /s/ *Charles Everingham IV*
Charles Everingham IV (TX SBN 00787447)
Email: *ce@wsfirm.com*
T. John Ward (TX SBN 20848000)
Email: *tjw@wsfirm.com*
Claire Abernathy Henry (TX SBN 24053063)
Email: *claire@wsfirm.com*
Andrea Fair (TX SBN 24078488)
Email: *andrea@wasfirmn.com*
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Robert D. Becker (Cal. Bar 160648)
Email: *rbecker@manatt.com*
Christopher L. Wanger (Cal. Bar 164751)
Email: *cwanger@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
1 Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff,
CAPELLA PHOTONICS, INC.

- 2 -

Dated: June 1, 2021

                Respectfully submitted,

By: */s/ Kurt Pankratz*
Kurt Pankratz (TX SBN 24013291)
Email: kurt.pankratz@bakerbotts.com
Melissa Muenks (TX SBN 24097442)
Email: melissa.muenks@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Sarah J. Guske (CA SBN 232467)
Email: sarah.guske@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, TX 94111-5843
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

John Fredrick Gaustad (CA SBN 279893)
*Pro Hac Vice*
Email: john.gaustad@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94301
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Lauren J. Dreyer (DC 1007189)
*Pro Hac Vice*
Email: lauren.dreyer@bakerbotts.com
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants, Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc., and Coriant (USA) Inc.*